# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Willie Deangelo Vaught            Docket No. 7:07-CR-100-1BR

### Petition for Action on Supervised Release

       COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Willie Deangelo Vaught, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C.§ 922(g)(1) and § 924, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on May 6, 2008, to the custody of the Bureau of Prisons for a term of 71 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in a vocational training program as directed by the probation office.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

6. The defendant shall pay a $3,500 fine and $100 special assessment.

       Willie Deangelo Vaught was released from custody on May 2, 2014, at which time the term of supervised release commenced.

Willie Deangelo Vaught
Docket No. 7:07-CR-100-1BR
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 20, 2014, the releasee submitted a urine specimen which was forwarded to Alere Labs for testing. The lab result was received the following week and revealed a positive result for marijuana. Upon questioning the releasee, he admitted to smoking marijuana to cope with stress. He subsequently submitted urine specimens on June 3 and 6, 2014, which revealed positive results for marijuana as well. On June 6, 2014, the releasee admitted to the probation officer that he had used marijuana again on June 3, 2014, and was struggling with adjusting back into society. He stated he was depressed and stressed over finding a job. The releasee was admonished and referred to both substance abuse and mental health treatment for assistance with his depression and drug use.

Since the releasee was recently released from the Bureau of Prisons, it is recommended he be allowed to participate in treatment. As a sanction for his behavior, it is recommended that he serve one weekend in jail.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 6 p.m. on Friday to 6 p.m. on Sunday for a period of 1 weekend, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

 /s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: June 16, 2014

Willie Deangelo Vaught
Docket No. 7:07-CR-100-1BR
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this __18__ day of __June_____, 2014, and ordered filed and made a part of the records in the above case.

*/s/ W. Earl Britt*

W. Earl Britt
Senior U.S. District Judge