UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
DOCKET NO. 7:07-CR-100-1BR

| | | |
|---|---|---|
| **United States Of America** | ) | ORDER MODIFYING AND |
| | ) | CONTINUING SUPERVISION |
| vs. | ) | |
| | ) | |
| **Willie Deangelo Vaught** | ) | |
| | ) | |

On May 6, 2008, Willie Deangelo Vaught appeared before the Honorable W. Earl Britt, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and § 924, was sentenced to the custody of the Bureau of Prisons for a term of 71 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Willie Deangelo Vaught was released from custody and the term of supervised release commenced on May 2, 2014.

From evidence presented at the revocation hearing on March 9, 2015, the court finds as a fact that Willie Deangelo Vaught, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
3. Failure to participate as directed by the probation officer in a mental health program.
4. Failure to participate as directed in a urinalysis program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be continued with the following modification:

The defendant shall take all medication as prescribed and shall not stop or deviate from taking his medication unless his doctor specifically authorizes him to do so.

**IT IS FURTHER ORDERED** that the fine originally imposed on May 6, 2008, be remitted.

**IT IS FURTHER ORDERED** that except as herein modified, the judgment shall remain in full force and effect.

This the 13 day of March 2015.

_____
W. Earl Britt
Senior U.S. District Judge